**IN RE:**

| | |
|---|---|
| **5171 Campbells Land Co., Inc.** | : **Bankruptcy No.: 19–22715–CMB** |
| *Debtor(s)* | : |
| | : **Chapter: 11** |
| **Robert S. Bernstein, Esq., Plan** | : |
| **Administrator** | : **Adversary No.: 21–02067–CMB** |
| | : |
| *Plaintiff(s),* | : |
| | : |
| **v.** | : |
| **Richard Thiel** | : |
| | : |
| *Defendant(s).* | |

## CERTIFICATE OF SERVICE

I, _Sarah E. Wenrich, Esq._, of Bernstein-Burkley, P.C., 700 Grant St., Suite 2200 Gulf Tower, Pittsburgh, PA 15219
_____

_____

**CERTIFY:**

That I am, and at all time hereinafter mentioned, was more than 18 years of age:

That on the __13th__ day of ____July_____, _2021_, I served a copy of this Order Regarding Adversary Proceeding & Notice to Comply with Early Conference of Parties Procedure, together with the Complaint, Summons, and Early Conference Certification and Stipulation (CMB Form AP–2) filed in this proceeding, on:

**Richard Thiel**
**d/b/a Renovator Rich Thiel**

the Defendant(s) in this proceeding, by (describe mode of service):

**Regular U.S. First-Class Mail**

at the following address(es):

**121 N. Ridge Dr.**
**Butler, PA 16001**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __**July 13, 2021**__         ___*/s/ Sarah E. Wenrich*_____
         (Date)                              (Signature)